UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMILY BECK<br><br>Plaintiff,<br>vs.<br><br>NEPHRON CORPORATION and<br>NEELA K. SHAH<br><br>Defendants. | CIVIL ACTION<br>FILE NO.:  1:13-cv-3408-MHS |

## ORDER APPROVING SETTLEMENT AND DISMISSING THE CASE

This Cause arose before the Court on the stipulation of settlement reached between the parties to this action. This claim arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* and, therefore, requires court approval. The applicable law in this judicial circuit provides that "FLSA claims may be compromised after the court reviews and approves a settlement in a private action for back wages." *Villeda v. Landry's Restaurants, Inc.*, No. H-08-2287, 2009 WL 3233405, at *1 (Oct. 7, 2009) (*citing Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982)):  Further to this point:

> [t]here are only two ways in which back wage claims arising under the FLSA can be settled or compromised by employees. First, under section 216(c), the Secretary of Labor is authorized to supervise payment to employees of unpaid wages owed to them . . . . The only other route for compromise of FLSA claims is provided in the context

4

> of suits brought directly by employees against the employer under section 216(b) to recover back wages for FLSA violations. When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment scrutinizing the settlement for fairness.

*Lynn's Food Stores*, 679 F.2d at 1353. This Court, being fully advised in the premises, hereby approves the settlement of plaintiff's wage and hour claims as outlined in the Joint Motion for Approval of Settlement Agreement and attached Agreement, Receipt and Release submitted by the parties, and dismisses the action with prejudice.

DONE and ORDERED in the Chambers of the United States District Courthouse for the Northern District of Georgia this ___ day of April, 2015.

_____
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia